UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　-vs-<br><br>JESUS MANZO,<br><br>　　　　　　Defendant. | NO.　　CR-07-2045-WFN-1<br><br>ORDER DISMISSING INDICTMENT |

A sentencing hearing was held in CR-07-2042-WFN-1. Pursuant to the Plea Agreement in that case, the Government moved to dismiss the Indictment in this case. The Defendant, who is in custody, was present and represented by Ricardo Hernandez; Assistant United States Attorney Shawn Anderson represented the Government. The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that the Indictment in this case is **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 14th day of October, 2008.

　　　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
10-14　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER